IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Case No. 1:05CV01590 (GK) |

## NOTICE

Attached hereto is a Certificate of Service relating to the service of the Petition for Writ of Habeas Corpus in the above-captioned proceeding.

                                      GARVEY SCHUBERT BARER

                                      By <u>/s/ Robert C. Weaver, Jr.</u>
                                              Robert C. Weaver, Jr. OSB #80135
                                              Samuel C. Kauffman, OSB #94352
                                              GARVEY SCHUBERT BARER
                                              Eleventh Floor
                                              121 SW Morrison St.
                                              Portland, OR 97204
                                              Tel: (503) 228-3939
                                              Fax: (503) 226-0259

                                              Eldon V.C. Greenberg
                                              D.C. Bar #159558
                                              GARVEY SCHUBERT BARER
                                              Fifth Floor
                                              1000 Potomac Street, N.W.
                                              Washington, DC 20007
                                              Tel: (202) 965-7880
                                              Fax: (202) 965-1729

                                              <u>Attorneys for Petitioner</u>

Dated: August 11, 2005
       Washington, DC

1