IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ,<br>    Detainee<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba<br><br>    *Petitioner/Plaintiff,*<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave, NW<br>    Washington, D.C. 20500<br><br>DONALD RUMSFELD,<br>    Secretary of Defense<br>    1000 Defense Pentagon<br>    Washington D.C. 20301-1000<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba,<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>    Operations Group, JTF - GTMO<br>    JTF-GTMO<br>    APO AE 09360<br><br>    *Respondents/Defendants.* | Case No. 1:05CV01590 (GK) |

All sued in their official capacities

**CERTIFICATE OF SERVICE OF
PETITION FOR WRIT OF HABEAS CORPUS**

I, ROBERT C. WEAVER, JR., hereby certify under penalty of perjury under the laws of

the United States of America that on August 10, 2005, I caused to be served copies of the

Petition for Writ of Habeas Corpus in the above-captioned proceeding upon the Respondents in the manners more fully described below:

    By Certified Mail, Return Receipt Requested:

        President George W. Bush
        The White House
        1600 Pennsylvania Avenue, NW
        Washington, DC  20500

        The Honorable Donald Rumsfeld
        Secretary, United States Department of Defense
        1000 Defense Pentagon
        Washington, DC  20301-1000

        The Honorable Alberto R. Gonzales
        Attorney General of the United States
        United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC  20500

        United States Attorney for the District of Columbia
        ATTN: Robert Okun, Esq.
        Office 10437
        Special Proceedings Division
        555 4th Street, NW
        Washington, DC  20001

    By Registered Mail, Return Receipt Requested:

        Army Brig. Gen. Jay Hood,
        Commander, Joint Task Force - GTMO
        JTF-GTMO
        APO AE 09360

        Army Col. Mike Bumgarner,
        Commander, Joint Detention
            Operations Group, JTF - GTMO
        JTF-GTMO
        APO AE 09360

Furthermore, two additional copies were served upon named respondents Army Brigadier General Jay Hood and Army Colonel Mike Bumgarner by certified mail, return receipt requested, as follows:

>Army Brigadier General Jay Hood
>Commander, Joint Task Force-GTMO
>Guantanamo Bay Naval Station
>c/o The Honorable Donald Rumsfeld
>Secretary, United States Department of Defense
>1000 Defense Pentagon
>Washington, DC  20301-1000
>
>Army Col. Mike Bumgarner, Commander,
>Joint Detention Operations Group, JTF - GTMO
>Guantanamo Bay Naval Station
>c/o The Honorable Donald Rumsfeld
>Secretary, United States Department of Defense
>1000 Defense Pentagon
>Washington, DC  20301-1000

GARVEY SCHUBERT BARER

By /s/ Robert C. Weaver, Jr.
   Robert C. Weaver, Jr. OSB #80135
   Samuel C. Kauffman, OSB #94352
   GARVEY SCHUBERT BARER
   Eleventh Floor
   121 SW Morrison St.
   Portland, OR 97204
   Tel: (503) 228-3939
   Fax: (503) 226-0259

   Eldon V.C. Greenberg
   D.C. Bar #159558
   GARVEY SCHUBERT BARER
   Fifth Floor
   1000 Potomac Street, N.W.
   Washington, DC 20007
   Tel: (202) 965-7880
   Fax: (202) 965-1729

   <u>Attorneys for Petitioners</u>

Dated: August 11, 2005
       Washington, DC