CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDUL HADI OMER HAMOUD FARAJ )
)
)
      Plaintiff )
)
)
   v. ) Civil Case Number 05-1590 (JDB)
)
)
)
)
BUSH, ET AL ) Category    G
)
)
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 19, 2005,</u> from <u>Judge Gladys Kessler</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kessler</u> & Courtroom Deputy
<u>Judge Bates</u> & Courtroom Deputy
Chair, Calendar and Case Management Committee
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓
Statistical Clerk