IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ**,   )<br>                                                                    )<br>     **Petitioner**,                                        )<br>                                                                    )<br>                                                                    )<br>     v.                                                           )     Case No.  1:05CV1590 (JDB)<br>                                                                    )<br>**GEORGE W. BUSH, et al.**,                     )<br>                                                                    )<br>     **Respondents**.                                  )<br>_____ ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, Petitioner, Abdul Hadi Omer Hamoud Faraj, through his attorneys, hereby gives notice of the voluntary dismissal of his Petition for Writ of Habeas Corpus on the grounds that another petition has been filed on his behalf in 1:05CV1490 (PLF).

                                                                    GARVEY SCHUBERT BARER

                                                                    By /s/ Robert C. Weaver, Jr.
                                                                           Robert C. Weaver, Jr. OSB #80135
                                                                           Samuel C. Kauffman, OSB #94352
                                                                           GARVEY SCHUBERT BARER
                                                                           Eleventh Floor
                                                                           121 SW Morrison St.
                                                                           Portland, OR 97204
                                                                           Tel: (503) 228-3939
                                                                           Fax: (503) 226-0259

                                                                    By /s/ Eldon V.C. Greenberg
                                                                           Eldon V.C. Greenberg,
                                                                           D.C. Bar #159558
                                                                           GARVEY SCHUBERT BARER
                                                                           Fifth Floor
                                                                           1000 Potomac Street, N.W.
                                                                           Washington, DC 20007
                                                                           Tel: (202) 965-7880
                                                                           Fax: (202) 965-1729

                                                                    Attorneys for Petitioner

Dated: August 26, 2005